UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANIEL GUYINN, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>PAULA E. LAPOSSA, et al., )<br>)<br>Defendants. ) | 1:06-cv-1449-SEB-VSS |

**E N T R Y**

The plaintiff was given through October 25, 2006, in which to either pay the $350.00 filing fee for this action or demonstrate that he lacks the financial ability to do so. That deadline has passed and the plaintiff has taken neither of these steps. Accordingly, this action is dismissed for failure to prosecute. See *Fischer v. Cingular Wireless, LLC,* 446 F.3d 664 (7th Cir. 2006).

Judgment dismissing the action without prejudice shall now issue.

**IT IS SO ORDERED**.


Date: 10/31/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana