**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DANIEL GUYINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-1449-SEB-VSS |
| | ) | |
| PAULA E. LAPOSSA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  10/31/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Daniel Guyinn
7033 Dior Ct.
Indianapolis, IN 46278